ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11 ASSET-BACKED CERTIFICATES SERIES 2006-11,<br><br>Plaintiff,<br><br>vs.<br><br>STAR HILL HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02536-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [ECF No. 1] PURSUANT TO FRCP 12(b)(6)** |

Plaintiff Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11 (**Deutsche Bank**), and SFR Investments Pool 1, LLC (**SFR**) respectfully submit the following stipulation to allow Deutsche Bank additional time to oppose SFR's motion to dismiss (Doc. No. 18).

SFR filed its motion on November 20, 2017 (Doc. No. 18). Deutsche Bank's deadline to file its opposition is December 4, 2017. Deutsche Bank and SFR stipulate to extending Deutsche

1

43483619;1

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Bank's deadline to **December 11, 2017** to allow Deutsche Bank additional time to prepare its opposition.

Good cause exists to extend these deadlines as the extensions will allow Deutsche Bank to more fully review the points and authorities raised in SFR's motion.

This is Deutsche Bank's first request for an extension of this deadline and is not intended for the purposes of prejudice or delay.

DATED this 1st day of December, 2017.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Jamie K. Combs*<br>ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br>Email: ariel.stern@akerman.com<br>Email: jamie.combs@akerman.com<br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11* | */s/ Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>Telephone: (702) 485-3300<br>Email: diana@kgelegal.com<br>Email: jackie@kgelegal.com<br>Email: karen@kgelegal.com<br>*Attorneys for Defendant SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**Dated:** 12/04/2017

2

43483619;1