ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  darren.brenner@akerman.com
Email:  jamie.combs@akerman.com

*Attorneys for plaintiff Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11 ASSET-BACKED CERTIFICATES SERIES 2006-11, | Case No.: 2:17-cv-02536-JAD-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE** |
| vs. | **[FIRST REQUEST]** |
| STAR HILL HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC, | |
| Defendants. | |

Plaintiff Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11, defendant Star Hill Homeowners Association, and defendant SFR Investments Pool 1, LLC stipulate to extend the dispositive motions deadline by seventy five (75) days:

1.      The court entered a scheduling order on November 21, 2017 setting a May 11, 2018 dispositive motions deadline.  (ECF No. 19.)

2.      SFR noticed Deutsche Bank's Rule 30(b)(6) deposition for March 19, 2018.  (ECF

1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

No. 30 at 1.)  Deutsche Bank disputed several topics.  (*See id.* at 1-2.)  SFR and Deutsche Bank were unable to resolve their dispute but agreed, to avoid litigation costs and unnecessarily burdening the court with substantially-similar motions for protective order, to apply the court's ruling on Bank of America, N.A. (**BANA**)'s motion for protective order in *Bank of Am., N.A. v. Travata and Montage at Summerlin Center Homeowner's Ass'n*, D. Nev. 2:16-cv-00699-GMN-PAL, to SFR's notice of deposition to Deutsche Bank in this case.  (*Id.* at 3.)

3.      The court granted BANA's motion for protective order in *Travata and Montage* on March 27, 2018.  *See* Minutes of Proceedings, *Travata and Montage*, No. 2:16-cv-00699-GMN-PAL, (D. Nev. Mar. 27, 2018), ECF No. 64.  SFR and Deutsche Bank are now conferring about a mutually-agreeable date for SFR to take Deutsche Bank's deposition, as limited by the court's ruling in *Travata and Montage*.

4.      To allow additional time for SFR to complete Deutsche Bank's deposition and obtain transcripts before preparing dispositive motions, the parties stipulate to extend the dispositive motions deadline by seventy five (75) days, from May 11, 2018 to July 25, 2018.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

44900699;1

5.      This is the parties' first request to extend the dispositive motions deadline and is not made for the purposes of delay or prejudice to any party.

This the 13th day of April, 2018.

**AKERMAN LLP**

 /s/ Jamie K. Combs
_____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11*

This the 13th day of April, 2018.

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**

 /s/ Trevor Waite
_____
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TREVOR R. WAITE, ESQ.
Nevada Bar No. 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

*Attorneys for defendant Star Hill Homeowners Association*

This the 13th day of April, 2018.

**KIM GILBERT EBRON**

 /s/ Diana S. Ebron
_____
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant SFR Investments Pool 1, LLC*

     IT IS SO ORDERED.


_____
UNITED STATES MAGISTRATE JUDGE


 April 19, 2018
_____
DATED

44900699;1