AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Deutsche Bank National Trust Company,

                    Plaintiff,

v.

Star Hill Homeowners Association, et al

                    Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-02536-JAD-PAL

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of SFR Investments Pool 1, LLC and Star Hill Homeowners Association, and against the Plaintiff on all claims against them.

May 24, 2018
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ M. Morrison
_____
Deputy Clerk