MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  scott.lachman@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11 ASSET-BACKED CERTIFICATES SERIES 2006-11,<br><br>Plaintiff,<br><br>vs.<br><br>STAR HILL HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No. 2:17-cv-02536-JAD-BNW<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**<br><br>ECF No. 60 |

An appeal from this action was filed in United States Court of Appeals for the Ninth Circuit, and on September 8, 2022, the Court of Appeals issued its judgment remanding this case back to the district court for further proceedings.  ECF No. 57.  This court subsequently spread the mandate upon the records of the court.  ECF No. 58.  Now on remand, Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed

{66420528;1}

Certificates Series 2006-11 and SFR Investments Pool 1, LLC agree to file the supplemental briefs on October 17, 2022, limited to five (5) pages. The parties further agree that supplemental reply briefs will be filed on November 7, 2022, limited to seven (7) pages.

DATED this 21st day of September, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Scott R. Lachman*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11* | */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorney for SFR Investments Pool 1, LLC* |

## ORDER

**IT IS SO ORDERED.** And to ensure that this matter is properly tracked on the docket, the parties are instructed to title the initial briefs as "Motion for Ruling on Remand" and file them as a miscellaneous motion.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 3, 2022

{66420528;1}       2