Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11 ASSET-BACKED CERTIFICATES SERIES 2006-11,<br><br>Plaintiff,<br><br>vs.<br><br>STAR HILL HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC.,<br><br>Defendants. | Case No. 2:17-cv-02536-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF RE THUNDER PROPERTIES**<br><br>**(FIRST REQUEST)**   ECF No. 63 |

SFR Investments Pool 1, LLC ("SFR"), and Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11, ("Deutsche Bank") hereby stipulate and agree that the parties shall have up to and including **October 24, 2022**, to file their supplement briefs regarding *Thunder Properties*. The current deadline is October 17, 2022. The extension is requested because Hanks Law Group's internet provider notified Hanks Law Group that internet will be down on Monday, October 17. In addition to this, SFR's counsel is currently preparing for a Ninth Circuit argument that is scheduled for October 20, 2022.

- 1 -

1  This is the first request for an extension of this deadline and is not intended to cause any
2  delay or prejudice to any party.
3  DATED this 14th day of October, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Scott Lachman* <br> SCOTT LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, #200 <br> Las Vegas, NV 89134 <br> *Attorneys for Deutsche Bank* | */s/ Karen L. Hanks* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |



**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED**: October 18, 2022**

- 2 -