Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11 ASSET-BACKED CERTIFICATES SERIES 2006-11,<br><br>Plaintiff,<br><br>vs.<br><br>STAR HILL HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC.,<br><br>Defendants. | Case No.  2:17-cv-02536-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF RE THUNDER PROPERTIES**<br><br>**(SECOND REQUEST)**<br><br>[ECF No. 65] |

SFR Investments Pool 1, LLC ("SFR"), and Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11, ("Deutsche Bank") hereby stipulate and agree that the parties shall have up to and including November 4, 2022, to file their supplement briefs regarding Thunder Properties. The current deadline is October 24, 2022. The extension is requested because counsel for SFR has been dealing with the sudden onset of strep throat and will need a few days to recover from such.

…

…

- 1 -

This is the second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 24th day of October, 2022.

**HANKS LAW GROUP**

/s/ *Karen L. Hanks*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 24th day of October, 2022.

**AKERMAN LLP**

/s/ *Scott R. Lachman*
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Deutsche Bank*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: October 24, 2022