MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  scott.lachman@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11 ASSET-BACKED CERTIFICATES SERIES 2006-11, <br><br>    Plaintiff,<br><br>vs.<br><br>STAR HILL HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC,<br><br>    Defendants. | Case No. 2:17-cv-02536-JAD-BNW<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**<br><br>**(THIRD REQUEST)**<br><br>ECF No. 67 |

An appeal from this action was filed in United States Court of Appeals for the Ninth Circuit, and on September 8, 2022, the Court of Appeals issued its judgment remanding this case back to the district court for further proceedings.  ECF No. 57.  This court subsequently spread the mandate upon the records of the court.  ECF No. 58.  Now on remand, the parties stipulated and the court ordered a briefing schedule, whereby the parties were to file supplemental briefs on October 17,

2022, and supplemental replies on November 7, 2022, limited to five and seven pages respectively. ECF No. 62. Subsequently the parties stipulated and the court ordered the supplemental briefs be filed on October 24, 2022, and then November 4, 2022. ECF No. 64 & 66. Neither stipulation and order amended the deadline to file supplemental replies, which are still currently due on November 7, 2022. Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11 and SFR Investments Pool 1, LLC agree to file the supplemental reply briefs by November 30, 2022, limited to seven pages. The parties further agree the page limit for the supplemental briefs be increased to 12 pages.

This is the first request for an extension of the reply brief deadline and is not intended to cause any delay or prejudice to any party. The parties are not requesting a further extension as to the supplement briefs, which both parties intend to file by November 4, 2022.

DATED this 2nd day of November, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Scott R. Lachman*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11* | */s/ Karen L. Hanks.*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorney for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
Case No. 2:17-cv-02536-JAD-BNW
November 8, 2022