KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11 ASSET-BACKED CERTIFICATES SERIES 2006-11,<br><br>Plaintiff,<br><br>vs.<br><br>STAR HILL HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC.,<br><br>Defendants. | Case No. 2:17-cv-02536-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES RE SUPPLEMENTAL BRIEFING**<br><br>**(FOURTH REQUEST)**<br><br>ECF No. 71 |

An appeal from this action was filed in United States Court of Appeals for the Ninth Circuit, and on September 8, 2022, the Court of Appeals issued its judgment remanding this case back to the district court for further proceedings. ECF No. 57. This court subsequently spread the mandate upon the records of the court. ECF No. 58. Now on remand, the parties stipulated and the court ordered a briefing schedule, whereby the parties were to file supplemental briefs on October 17, 2022, and supplemental replies on November 7, 2022. ECF No. 62. Subsequently the parties stipulated and the court ordered the supplemental briefs be filed on November 4, 2022. ECF No. 64. Thereafter, the parties further stipulated to extend the reply brief deadline to November 30, 2022. ECF No. 67.

By way of this stipulation Deutsche Bank National Trust Company, as Trustee for Holders

- 1 -



of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11 and SFR Investments Pool 1, LLC agree to file the supplemental reply briefs by December 16, 2022, limited to seven pages. This is the second request for an extension of the reply brief deadline, but a fourth request overall for the supplemental briefing. SFR requests the extension because counsel for SFR was dealing will illness over the holidays and in this week after the holiday. The request is not intended to cause any delay or prejudice to any party.

Dated this 30th day of November, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Scott R. Lachman* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. <br> 12016 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> *Attorneys for Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11* | */s/ Karen L. Hanks* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br> *Attorney for SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE

dated 12/6/22 *nunc pro tunc* to 11/30/22