Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11 ASSET-BACKED CERTIFICATES SERIES 2006-11,<br><br>Plaintiff,<br><br>vs.<br><br>STAR HILL HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC.,<br><br>Defendants. | Case No. 2:17-cv-02536-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE**<br><br>**(First Request)** |

By way of this stipulation Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11 and SFR Investments Pool 1, LLC agree that SFR shall have until November 30, 2023 to file its response to Deutsche Bank's motion for summary judgment. [ECF 78]. The current deadline is November 8, 2023. The parties further agree Deutsche Bank shall have until December 14, 2023 to file its reply. SFR requests the extension because counsel for SFR was out of the office several days last week which cut into her time to draft the response.

/ / /

/ / /

/ / /

- 1 -

The request is not intended to cause any delay or prejudice to any party.

Dated this 8th day of November, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Lilith Xara*<br>LILITH XARA, ESQ.<br>Nevada Bar No. 13138<br>12016 1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11* | */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorney for SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
November 8, 2023