KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2011 ASSET-BACKED CERTIFICATES SERIES 2006-11, <br><br> Plaintiff, <br><br> HILL HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC., <br><br> Defendants. | Case No. 2:17-cv-02536-JAD-BNW <br><br> **SUBSTITUTION OF COUNSEL** |

SFR Investments Pool 1, LLC authorizes and consents to the substitution of the law firm, Hanks Law Group, including Karen L Hanks, Esq. and Chantel M. Schimming, Esq. as its counsel in the place and stead of Diana S. Ebron, Esq. and Jacqueline A. Gilbert, Esq. in the above-entitled matter.

DATED this 8th day of November, 2023.

**SFR INVESTMENTS POOL 1, LLC**

*/s/ Christopher J. Hardin*

*Its: Manager*

- 1 -

1    Diana S. Ebron, Esq. and Jacqueline A. Gilbert, Esq., hereby consent to the substitution as

2    counsel of record for SFR Investments Pool 1, LLC, in the place and stead of Karen L. Hanks,

3    Esq. and Chantel M. Schimming, Esq. of Hanks Law Group in the above-entitled matter.

4    DATED this 8th day of November, 2023.

5

                                    **DIANA S. EBRON**

6                                      */s/Diana S. Ebron*

7                                      DIANA S. EBRON, ESQ.
                                      NEVADA BAR NO. 10580

8                                      **JACQUELINE A. GILBERT**

9                                      */s/Jacqueline A. Gilbert*

10                                    DIANA S. EBRON, ESQ.
                                      NEVADA BAR NO. 10593

    The Hanks Law Group, including Karen L. Hanks, Esq. and Chantel M. Schimming, Esq.

    consent to their substitution as counsel of record for SFR Investments Pool 1, LLC in the

    and stead of Diana S. Ebron, Esq. and Jacqueline A. Gilbert, Esq. in the above-entitled

    DATED this 8th day of November, 2023.

18                                       **HANKS LAW GROUP**

19                                      */s/ Chantel M. Schimming*

20                                      KAREN L. HANKS, ESQ.
                                      Nevada Bar No. 9578

21 **IT IS SO ORDERED**                  CHANTEL M. SCHIMMING, ESQ.
                                      Nevada Bar No. 8886

22 **DATED:** 1:35 pm, November 09, 2023    7625 Dean Martin Drive, Suite 110
                                      Las Vegas, Nevada 89139

23                                      *Attorneys for SFR Investments Pool 1, LLC*

24

25 **BRENDA WEKSLER**
   **UNITED STATES MAGISTRATE JUDGE**

26

27

28