KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11 ASSET-BACKED CERTIFICATES SERIES 2006-11, <br><br> Plaintiff, <br><br> vs. <br><br> STAR HILL HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC., <br><br> Defendants. | Case No. 2:17-cv-02536-JAD-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY** <br><br> **(FIRST REQUEST)** <br><br><br> ECF No. 89 |

By way of this stipulation Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11 and SFR Investments Pool 1, LLC agree that **SFR shall have up to and including January 8, 2024 to file it reply in support of motion to certify. (ECF 85).** The current deadline is December 21, 2023. SFR requests the extension because counsel for SFR will be out of the office/town between December 20 and January 1.

/ / /

/ / /

/ / /

/ / /

- 1 -

SFR's counsel tried to complete the task early, but was unable to do so given other briefing deadlines. The request is not intended to cause any delay or prejudice to any party.

Dated this 19th day of December, 2023.

| | |
|---|---|
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| /s/ Scott R. Lachman | /s/ Karen L. Hanks |
| MELANIE D. MORGAN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 9578 |
| SCOTT R. LACHMAN, ESQ. | 7625 Dean Martin Drive, Suite 110 |
| Nevada Bar No. 12016 | Las Vegas, NV 89139 |
| 1635 Village Center Circle, Suite 200 | *Attorney for SFR Investments Pool 1, LLC* |
| Las Vegas, NV 89134 | |
| *Attorneys for Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11* | |

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 29, 2023
*Nunc pro tunc* to December 21, 2023