AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Deutsche Bank National Trust Company

                Plaintiff,

  v.

SFR Investments Pool 1, LLC

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-02536-JAD-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT in favor of Plaintiff Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11 and against Defendant SFR Investments Pool 1, LLC.

7/9/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Moran  
Deputy Clerk