**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Deutsche Bank National Trust Co., | Case No.: 2:17-cv-02536-JAD-BNW |
| Plaintiff | |
| v. | **Order to Disburse Bond** |
| Star Hill Homeowners Association, et al., | |
| Defendants | |

Attorney Jamie K. Combs, Esq. of the Akerman law firm, on behalf of Plaintiff Deutsche Bank National Trust Company, tendered $500 to the Clerk of Court for deposit into the court's Registry Account as security for costs required under NRS 18.130 and my order at ECF No. 14.[1] Once a bond is posted under NRS 18.130(1), it "must remain for the defendant's benefit until the action is dismissed or judgment is entered."[2]  This action was resolved in favor of Deutsche Bank, and no costs or charges were awarded against it.[3]

IT IS THEREFORE ORDERED that **the Clerk of Court is directed to disburse and mail the full bond amount and any interest payable** to:

> Deutsche Bank National Trust Company
> c/o Akerman LLP
> 1635 Village Center Cir., Ste 200
> Las Vegas, NV  89134

_____
U.S. District Judge Jennifer A. Dorsey
August 2, 2024

---

[1] ECF No. 15.

[2] *State ex rel. Hersh v. First Judicial Dist. Court*, 464 P.2d 783, 785 (Nev. 1970).

[3] ECF No. 95 (order granting in part motion for summary judgment and directing entry of final judgment).