SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email:  scott.lachman@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11 ASSET-BACKED CERTIFICATES SERIES 2006-11,<br><br>Plaintiff,<br><br>vs.<br><br>STAR HILL HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants, | Case No.:   2:17-cv-02536-JAD-BNW<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST STAR HILL HOMEOWNERS ASSOCIATION ONLY**<br><br>ECF No. 99 |

Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11 and Star Hill Homeowners Association (**Star Hill**) stipulate that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 as to, and only as to, Star Hill.  This dismissal <u>does not</u> impact any other claims.

…

…

…

Each party to this stipulation shall bear their own attorney's fees, and costs of suit as it relates to the claims against Star Hill.

DATED this 5th day of August, 2024.

| **AKERMAN LLP** | **HALL & EVANS, LLC** |
|---|---|
| /s/ Scott R. Lachman<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11* | /s/ Charles Eugene Deskins II<br>KURT R. BONDS ESQ.<br>Nevada Bar No. 6228<br>ADAM R. KNECHT, ESQ.<br>Nevada Bar No. 13166<br>CHARLES EUGENE DESKINS II<br>Nevada Bar No. 15532<br>1160 North Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br><br>*Attorneys for Star Hill Homeowners Association* |

## ORDER

While it does not appear that any claims against Defendant Star Hill Homeowners Association remain after the court's order granting summary judgment in favor of Deutsche Bank [ECF No. 95 at p.4, fn.14], to ensure finality and in light of the parties' stipulation [ECF No. 99], IT IS ORDERED that **all of Deutsche Bank's claims against the Star Hill Homeowners Association in this action are DISMISSED** with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 7, 2024