SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSAA HOME EQUITY TRUST 2006-11 ASSET-BACKED CERTIFICATES SERIES 2006-11,<br><br>Plaintiff,<br><br>v.<br><br>STAR HILL HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02536-JAD-BNW<br><br>**STIPULATION AND ORDER TO AMEND ORDER TO DISBURSE BOND [ECF NO. 98]** |

. . .

. . .

. . .

. . .

. . .

1

The Court ordered the Clerk of Court to disburse and mail the full bond amount and any interest payable to: **Deutsche Bank National Trust Company c/o Akerman LLP**. ECF No. 98. Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11 and SFR Investments Pool 1, LLC stipulate that this Court amend its order and, in doing so, so direct the Clerk of Court to disburse and mail the full bond amount and any interest payable to: **Akerman LLP**. Akerman's address is 1635 Village Center Circle, Suite 200, Las Vegas, NV 89134.

DATED this 13th day of August, 2024.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| /s/ Scott R. Lachman | /s/ Karen L. Hanks |
| SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-11 Asset-Backed Certificates Series 2006-11* | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

Based on the parties' stipulation [ECF No. 101] and with good cause appearing, IT IS ORDERED that t**he order directing the Clerk of Court to disburse the bond to Deutsche Bank [ECF No. 98] is VACATED.** The Clerk of Court is instead directed to **DISBURSE and mail the full bond amount and any interest payable to: Akerman, LLP, 1635 Village Center Circle, Ste 200, Las Vegas, NV 89134.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 21, 2024